# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| In Re: | ) |
| | ) |
| Joseph Arland Norton, and Monica Suzanne Norton, *Debtor* | ) Case No. 14-41197-drd |
| | ) |
| Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc., *Creditor* | ) Chapter 13 |
| | ) |
| vs. | ) |
| | ) |
| Joseph Arland Norton, and Monica Suzanne Norton, *Debtor* | ) |
| | ) |
| and | ) |
| | ) |
| Richard V. Fink, *Trustee* | ) |
| | ) |

## ORDER DENYING RELIEF FROM STAY

**THIS MATTER** comes on for consideration upon the Motion of Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc., its subsidiaries, affiliates, predecessors in interest, successors or assigns ("Creditor"), for its Motion for Relief from Stay. The appearances are Wendee Elliott-Clement, of the firm of South & Associates, P.C.; and Joseph A. Norton, and Monica S. Norton, by Jason C. Amerine. Based upon the pleadings filed and the evidence produced,

**IT IS THEREFORE BY THE COURT ORDERED** that Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc., its subsidiaries, affiliates, predecessors in interest, successors or assigns, is denied relief without prejudice as to the real property legally described as

> **All of the West 1/2 of Lot 12, ROCKY POINT ADDITION, and addition in and to the City of Smithville, Clay County, Missouri, according to the recorded plat thereof.,** commonly known as 18213 Murphy Road, Smithville, MO 64089,

**IT IS SO ORDERED**

Dated: 1/5/15

/s/ Dennis R. Dow_____
Judge, U.S. Bankruptcy Court

File No. 156866
Case No: 14-41197-drd

United States Bankruptcy Court
Western District of Missouri
In re: Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. v. Joseph A. Norton, and Monica S. Norton
Case No. 14-41197-drd
Chapter 13
Order Denying Relief From Stay
Page 2

SOUTH & ASSOCIATES, P.C.
/s/ Wendee Elliott-Clement
Steven L. Crouch (MBE #37783; EDMO #2903; KSFd #70244)
Wendee Elliott-Clement (MBE #50311; KS #20523)
Ashley B. Osborn (MBE #59427; KS #23272)
6363 College Blvd. Suite 100
Overland Park, KS 66211
(913)663-7600
(913)663-7899 Fax
KS: ksbkecf@southlaw.com
WDMO: mobknotices@southlaw.com
EDMO: moedbknotices@southlaw.com
**ATTORNEYS FOR CREDITOR**

File No. 156866
Case No: 14-41197-drd